980 A.2d 31

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Andrew T. RODGERS, Petitioner.**

**No. 90 EM 2009.**

Supreme Court of Pennsylvania.

Aug. 10, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 10th day of August, 2009, the Application for Leave to File Original Process, is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**